■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL TURPIN, Appellant.—Judgment of the Supreme Court, Queens County (Brennan, J.), rendered May 10, 1984, affirmed *(see, People v McRay,* 51 NY2d 594; *People v Henriquez,* 116 AD2d 589). Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL VIOLA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered June 29, 1984, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The evidence adduced at the hearing was clearly sufficient to establish the defendant's competence to stand trial. We have considered the defendant's other contentions and find them to be without merit. Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.